In the Matter of KEYSTONE REALTY HOLDING COMPANY, Debtor.

Appeal of George D. WICK.

Nos. 9161, 9162.

Circuit Court of Appeals, Third Circuit.

Argued June 28, 1946.

Decided Aug. 6, 1946.

G. W. Smith, of Pittsburgh, Pa., for appellant.

Samuel L. Fuss, of Pittsburgh, Pa., for the trustee.

Irvine J. Shubert, of New York City (Szold, Brandwen & Shubert, and Irving Michael Atkin, all of New York City, on the brief), for Sheraton Corporation.

George Zolotar, of New York City (Roger S. Foster, Sol., and Robert S. Rubin, Asst. Sol., both of Philadelphia, Pa., and Frederick T. Finnigan and Samuel M. Koenigsberg, both of New York City, on the brief), for Securities and Exchange Commission.

Before BIGGS, MARIS, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

An examination of the record in the appeals at bar demonstrates that the court below committed no error. The orders refusing disqualification and confirming the plan will be affirmed.